UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Nixon,

        Petitioner,

v.

State of Washington,

        Respondent.

CASE NO. 3:21-cv-05010-BJR-DWC

REPORT AND RECOMMENDATION

NOTED FOR: APRIL 30, 2021

The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge David W. Christel. Petitioner, proceeding *pro se*, filed a proposed complaint on January 6, 2021. Dkt. 1. Petitioner did not pay the filing fee or an application to proceed *in forma pauperis* ("IFP"). *See* Dkt. 1.

On January 7, 2021, the Clerk of Court sent Petitioner a letter notifying Petitioner that he had failed to meet the filing fee requirement. Dkt. 3. The Clerk of Court instructed Petitioner to submit the filing fee or an application to proceed IFP. *Id*. The Clerk of Court warned Petitioner that if he did not respond to the letter by February 8, 2021, the action may be subject to dismissal. *Id*.

On January 7, 2021, mail addressed to Petitioner was returned as undeliverable. Dkt. 4. Based on correspondence from staff at Coyote Ridge Corrections Center, Petitioner is out on medical escort and not at the facility. *Id.* Petitioner's return date is unknown. *Id.*

On March 1, 2021, the Court ordered Petitioner to notify the Court of his current mailing address and submit an application to proceed IFP or pay the filing fee by March 26, 2021. Dkt. 5. Petitioner was advised if he failed to comply with the Court's Order, the Court would recommend this case be dismissed without prejudice. *Id.* (citing Local Rules, W.D. Wash. LCR 41(b)(2) (If mail directed to a *pro se* party by the Clerk is returned by the Postal Service, and if such a party fails to notify the Court and opposing parties within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute.)) .

As of the date of this Report and Recommendation, Petitioner has not submitted an application to proceed IFP or paid the filing fee or advised the Court and opposing parties of his current mailing address. *See* Dkt.  As Plaintiff has failed to respond to the Court's Order and prosecute this case, the Court recommends this case be dismissed without prejudice. Based on the foregoing, the Court also recommends a certificate of appealability be denied.

REPORT AND RECOMMENDATION - 2

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on April 30, 2021, as noted in the caption.

Dated this 5th day of April, 2021.

*[signature]*

David W. Christel
United States Magistrate Judge